UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Arion Athony, Karry Calderon

                        Plaintiff,

          -against-                      **AFFIDAVIT OF SERVICE**

CITY OF NEW YORK, et. al

                                                        15-CV- 6364 (PCK) (RER)

                        Defendants. --

-------------------------------------------------------------x

        I, Tyrin Torres, being duly sworn deposes and says:

1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2.     On November 12 2015, at approximately 11:51 P.M, I served the summons and complaint in this matter on P.O James Lee by delivering a copy of same to Principal Ayers, a person of suitable age and discretion at defendant's actual place of business within the state, at 830 4th Avenue, Brooklyn, NY.

3.     Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
November ,12,2015

_____
Tyrin Torres

Sworn to me on 12th day
Of November 2015

_____
NOTARY PUBLIC

ROBERT MARINELLI
Notary Public, State of New York
Reg. No. 02MA6220272
Qualified in New York County
My Commission Expires June 2, 2018