The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax (877) 666-4456
ryanlozar@gmail.com
www.ryanlozar.com/www.luchaportusderechos.com



JANUARY 20, 2017

Re:   <u>Anthony, et al. v. City of N.Y., et al.</u>, No. 15 Civ. 6364 (PKC) (RER)

Dear Judge Reyes:

I represent Plaintiffs in the above-captioned Section 1983 matter.  The Parties have a telephone conference with the Court on January 24, 2017, at 4pm to discuss outstanding discovery and pre-motion conference letters.  I write in advance of the conference to provide the Parties' joint proposed schedule for the discovery and pre-motion letter motions and responses.  Later today, I will file a Plaintiff discovery motion and status report, and Defendants will respond before the conference as they see fit.

The Parties' joint proposed schedule is:

| EVENT | DATE |
| --- | --- |
| **Close of fact discovery** | February 10, 2017 |
| **Letter certifying close of fact discovery** | February 10, 2017 |
| **Pre-motion conference letters due relating to anticipated cross-motions for summary judgment** | March 6, 2017 |
| **Responses in opposition to pre-motion conference letters** | March 13, 2017 |

Sincerely,

Ryan Lozar

Ryan Lozar